IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

JOHN DEWEY LIM,

    **Plaintiff,**

    v.                                             CASE NO. 19-3242-SAC

(FNU) DVORAK,

    **Defendant.**

### MEMORANDUM AND ORDER

Plaintiff filed this *pro se* civil rights case under 42 U.S.C. § 1983. The Court granted Plaintiff leave to proceed *in forma pauperis*. At the time of filing, Plaintiff was housed at the Johnson County Adult Detention Center in Olathe, Kansas ("JCADC"). On April 8, 2020, the Court entered a Memorandum and Order and Order to Show Cause (Doc. 4) ("MOSC") granting Plaintiff until May 6, 2020, in which to show good cause why his Complaint should not be dismissed for the reasons set forth in the MOSC.

The MOSC provides that "[f]ailure to respond by the deadline may result in dismissal of this action without additional notice." (Doc. 4, at 6.) The MOSC was mailed to Plaintiff at his current address of record, and was returned with a notation of "Refused" and "Return to sender not at this address." (Doc. 5, at 1.) The Court's Local Rules provide that "[e]ach attorney or pro se party must notify the clerk in writing of any change of address or telephone number. Any notice mailed to the last address of record of an attorney or pro se party is sufficient notice." D. Kan. Rule 5.1(c)(3). Plaintiff has failed to provide the Court with a Notice of Change of Address, and has failed to show good cause why his Complaint should not be dismissed for the reasons set forth in the MOSC.

**IT IS THEREFORE ORDERED THAT** this matter is **dismissed** for failure to state a claim.

**IT IS SO ORDERED**.

**Dated May 8, 2020, in Topeka, Kansas.**

<u>**s/ Sam A. Crow**</u>
**Sam A. Crow**
**U.S. Senior District Judge**